ment rendered in this action which directed the payment of alimony by the defendant to the plaintiff? See, also, 125 N. Y. Supp. 1142.

ROSS, Respondent, v. MEYEROWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Louis Ross against Michael Meyerowitz. No opinion. Order affirmed, with $10 costs and disbursements.

ROSSO, Appellant, v. NASSAU ELECTRIC R. CO., Respondent (two cases). (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Ignazio Rosso against the Nassau Electric Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROTAN, Respondent, v. HEWITT, Appellant. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by Samuel P. Rotan against Herbert H. Hewitt. C. J. Hardy, for appellant. R. W. Gwinn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RUBENSTEIN, Respondent, v. BERGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Harry Rubenstein against Max Berger and Annie Berger. No opinion. Judgment of the Municipal Court affirmed, with costs.

RUBIN, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Fannie Rubin, as administratrix, etc., of John Rubin, deceased, against the New York & Queens County Railway Company. No opinion. Order affirmed, with costs and disbursements.

RUTZ, Appellant, v. TAYLOR, Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by John Rutz, Jr., against Mathew D. Taylor. No opinion. Judgment of the Municipal Court affirmed, with costs.

RYAN, Respondent, v. RYAN, Appellant, et al. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by John F. Ryan against Gertrude Ryan and another. PER CURIAM. Interlocutory judgment affirmed, with costs against the corespondent. SEWELL and HOUGHTON, JJ., dissent.

RYAN ELEVATING & FORWARDING CO., Respondent, v. A. A. ROBBINS MINING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by the Ryan Elevating & Forwarding Company against the A. A. Robbins Mining Company. No opinion. Judgment and order affirmed, with costs.

RYNO, Respondent, v. CRAWFORD, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Frank S. Ryno against Hannah Crawford. No opinion. Motion to dismiss appeal denied, with $10 costs.

SABOURIN, Appellant, v. KELLY et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Leonie Sabourin, an infant, by her guardian ad litem, etc., against James E. Kelly and others. No opinion. Judgment and order affirmed, on authority of Hungerford v. Village of Waverly, 125 App. Div. 311, 109 N. Y. Supp. 438, affirmed 200 N. Y. ——, 93 N. E. 1122, and Scott .v. Village of Saratoga Springs, 199 N. Y. 179, 92 N. E. 393.

SAGE v. FORD MOTOR CO. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Fred A. Sage against the Ford Motor Company. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict, as of the date of the rendition thereof, to the sum of $255, with interest thereon from December 1, 1909, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

SAITTA v. NEW YORK & C. S. S. CO. (two cases). (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Philip W. Saitta against the New York & Cuba Steamship Company. No opinions. Motions granted. Orders signed.

SALMON v. LYNCH. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by John R. Salmon against Thos. E. Lynch. With this case has been consolidated in this court cases bearing titles as follows: Haratune Michaelyan v. Siragan S. Costikyan; Chas. O'Johnson v. New York Breweries Co.; Aaron Sydelman v. Sarah C. Hewitt; Frank Degenhart v. New York Taxicab Company (two cases). No opinions. Applications denied, with $10 costs. Orders signed. See, also, 122 N. Y. Supp. 236.

SALOMON v. NORTH BRITISH & MERCANTILE INS. CO. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Morris Salomon against the North British & Mercantile Insurance Company. No opinion. Motion granted, without costs. Settle order on notice.

SALOMON v. NORTH BRITISH & MERCANTILE INS. CO. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Morris Salomon against the North British & Mercantile Insurance Company. No opinion. Motion granted, on payment of $10 costs. Settle order on notice.